```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LUIS FARONDA-BLANDON            :        CIVIL ACTION
                                :
        v.                      :
                                :
JOHN ASHCROFT, et al.           :        NO. 02-5022

ORDER

       AND NOW, this       day of August, 2002, it is hereby ORDERED that:

       (1) the United States shall file and serve, on or before August 23, 2002, a response to the Petition of Luis Faronda-Blandon for a writ of habeas corpus under 28 U.S.C. § 2241; and

       (2) a hearing on petitioner's writ of habeas corpus will be held on August 28, 2002 at 10:00 A.M.

                                                     BY THE COURT:

                                          _____
                                                                  J.