IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS FARONDA-BLANDON            :        CIVIL ACTION
                                :
        v.                      :
JOHN ASHCROFT, et al.           :        NO. 02-5022

_____            <u>ORDER</u>

_____AND NOW, this          Day of                  2002, leave is granted

Petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also

for purposes of filing a notice of appeal.


                                _____
                                HARVEY BARTLE, III,  J.