IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS FARONDA-BLANDON 0689-02 | : | Civil Action |
| vs. | : | |
| JOHN ASHCROFT, et al. | : | No. 02-5022 |

### **O R D E R**

AND NOW, this    day of August, 2002, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Warden of Berks County Prison produce before this Court the body of Luis Faronda-Blandon on August 28, 2002 at 10:00 A.M. before the Honorable Harvey Bartle III, Courtroom 16A, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106 to appear for a hearing on petitioner's writ of habeas corpus in the above-captioned matter, and that immediately upon termination of the said proceedings, he/she be delivered into the custody of the said superintendent of the said institution.

**BY THE COURT:**

_____
**HARVEY BARTLE III,         J.**

cc: Warden (2)
    U.S. Marshal
    Luis Faronda-Blandon
    Stephen J. Britt, Esquire