```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Luis Faronda-Blandon | : | |
| | : | |
|     Petitioner, | : | CIVIL ACTION NO.02-5022 |
| | : | |
|     vs. | : | |
| | : | |
| John Ashcroft, U.S. Attorney General, Immigration and Naturalization Service | : : : | |
| | : | |
|     Respondents. | : | |
| | : | |
| | : | |

## ENTRY OF APPEARANCE

    Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

                                                                 _____  
                                                                STEPHEN J.  BRITT  
                                                                Assistant United States Attorney  
                                                                615 Chestnut Street, Suite 1250  
                                                                Philadelphia, PA 19106  
                                                                (215) 861-8443

Dated: August 13, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

      Luis Faronda-Blandon
      Berks County Prison
      1287 County Welfare Road
      Leesport, PA 19533-9397

      STEPHEN J. BRITT
      Assistant United States Attorney

Dated: August 13, 2002